AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
### Western District of New York

United States of America

v.

**RONALD J. SPONAUGLE**

*Defendant*

Case No. 25-mj-1368

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates listed, in the Western District of New York, the defendant, RONALD SPONAUGLE:

(1) From in or about July 2013, to in or about March 2019, the exact dates being unknown, did knowingly use, persuade, induce, entice and coerce a minor, that is, Victim 1, Victim 2, Victim 3, and Victim 4, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such sexually explicit conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and

(2) On or about April 6, 2023, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

all in violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Brian Bloom, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: September 15, 2025

*Judge's signature*

City and State: Buffalo, New York

HON. JEREMIAH J. MCCARTHY, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brian Bloom, being duly sworn, depose and say:

1. I have been a Deputy Sheriff with the Niagara County Sheriff's Office in Lockport, NY since 2010. I am currently a Task Force Officer with the Federal Bureau of Investigation (FBI) assigned to the Buffalo Field Office, and I work cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children. I began this assignment in January of 2022. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, 2423, and 2261. I have participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws, including offenses in which computers or smartphones/devices are used for engaging in such violations of Federal law.

2. I make this affidavit in support of a criminal complaint charging **RONALD J. SPONAUGLE** ("SPONAUGLE"), with a date of birth in July 1970, with production and possession of child pornography, in violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B).

3. The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers in this investigation, and upon my training and experience as a Task Force Officer of the Buffalo

FBI. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that SPONAUGLE knowingly violated Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B).

4. In June of 2023, Lockport Police Department Detective Tricia Vosburgh, contacted your affiant to report a case involving the production of child pornography. Detective Vosburgh said that she had conducted an investigation of SPONAUGLE, after a complaint had been made in March of 2023 that he had sexually abused minor female. A similar complaint involving a minor female had been made to Lockport Police Department in August of 2021.

5. On August 23, 2021, the City of Lockport Police investigated a sex crime complaint involving a juvenile female, Victim 1 (DOB: March 2012), after she told another juvenile female, Victim 2, that she had been kissed by SPONAUGLE. Victim 2 (DOB: January 2009) told her mother about the comment that was told to her. On September 2, 2021, a child forensic interview was conducted at the Lockport Child Advocacy Center with interviewer, Pam Stevenson of Child Protective Services during which Victim 1 recanted her comments made to Victim 2 telling Stevenson that she had lied about the incident. The Lockport Police Department closed the case at that time.

6. On March 13, 2023, Detective Vosburgh was contacted by Pam Stevenson of Child Protective Services regarding Victim 2 alleging that SPONAUGLE had been sexually assaulting her starting when she was seven (7) years of age. A law enforcement referral was also received by Detective Vosburgh regarding the abuse.

7. On March 14, 2023, the father of Victim 1 and Victim 2 (hereinafter "Witness 1") met with Detective Vosburgh at the Lockport Police Department and had advised that he overheard a conversation between Victim 1 and Victim 2 where the two were talking about SPONAUGLE committing sexual acts on them. Victim 1 and Victim 2 advised Witness 1 that SPONAUGLE was touching their private area and that he was forcing them to touch his penis, all of which occurred over several years.

8. On March 15, 2023, Victim 1 disclosed in a Child Advocacy Center forensic interview that three or four years ago SPONAUGLE had started to sexually abuse her. Victim 1 advised that SPONAUGLE would tie her to a bed in his bedroom, doing things to her and touching her in places that he shouldn't. He would put oil on her butt and video record her without clothing on. SPONAUGLE would record her chest, butt, and vaginal area. Victim 1 described that SPONAUGLE would perform oral sex on her almost daily. Victim 1 recalled incidents where SPONAUGLE would take her hand and place it on his penis until he would, referring to his ejaculation, "erupt". Victim 1 described an incident where SPONAUGLE performed oral sex on her while she was tied up to his bed using duct tape and ropes. SPONAUGLE would have Victim 1 put on shiny, tight, sexual clothing to engage in sexual acts. Victim 1 described that SPONAUGLE would place different vibrators in her private

area. SPONAUGLE would use a red vibrator, a panda shaped vibrator, and a purple butterfly vibrator with a remote of which SPONAUGLE would control. Victim 1 indicated that SPONAUGLE would record her and that on at least one occasion he recorded her in the shower. Victim 1 discovered the camera in the shower. During the interview, Victim 1 drew a picture illustrating her being tied up, the vibrators, and the placement of the camera in the shower and around the bedroom of SPONAUGLE in his residence. Victim 1 was aware that the cameras were "sinked" to a computer located in the bedroom of SPONAUGLE.

9. On March 23, 2023, Victim 2 disclosed during a forensic interview, that the sexual abuse by SPONAUGLE began when she was six years of age and that it occurred at his apartment. Victim 2 believes SPONAUGLE started by touching her butt when she was lying on the couch at his residence in Lockport. Victim 2 recalled a cat game SPONAUGLE would play with her. Her hands would be tied with a rope attached to the headboard of his bed while he would hold her legs open and perform oral sex on her. SPONAUGLE would put baby oil on her and put his penis in her anus, performing anal sex on her which she stated, "hurt a lot". Victim 2 recalled that SPONAUGLE had anal sex with her on more than one occasion, believing that she was about eight or nine years of age when he first did so. Victim 2 recalled that when she was approximately eight years old, SPONAUGLE had vaginal intercourse with her causing her to bleed and hurt a lot. Victim 2 described that on one occasion SPONAUGLE sat her on a dining room table and performed oral sex on her, then had her urinate in his mouth afterwards. Victim 2 recalled having to take showers with SPONAUGLE. Victim 2 advised that on one occasion she saw naked photographs of herself

4

and Victim 1, on SPONAUGLE's computer. During the interview, Victim 2 stated, "he would make me suck his dick, he would take my hair and pull it back, and then he'd push my head back down, and keep pushing my head down, and then he'd make me swallow his cum". Victim 2 described that SPONAUGLE would have her wear short, silky lingerie style clothing. SPONAUGLE would use vibrators on her. Victim 2 described the vibrators as "panda one and butterfly one" and indicated that one had a remote control.

10. On April 6, 2023, the Lockport Police Department obtained a search warrant from Judge Caroline Wojtaszek, County of Niagara, State of New York. The search warrant outlined a search of the defendant's residence in Lockport for electronic devices and for the examination of such devices for data during the time frame of January 31, 2015, through August 31, 2021. The search warrant of the residence was executed on the same day.

11. During the search warrant execution, some sexual items described during the interview of Victim 1 and Victim 2 were located inside the residence. An amended warrant was obtained to secure additional evidence in relation to the sexual assault. Child life-like sexual dolls were located inside the residence to include two dolls in the bed of SPONAUGLE. The sexual dolls were dressed up in clothing like that of which was described by both victims. The vibrators described by both victims were also found in the residence. A computer was in the bedroom and identified by SPONAUGLE as being his computer. A Samsung cellphone was located on his person. The sexual dolls and sexual toys were secured after an amended warrant was signed by Judge Caroline Wojtaszek.

12. On April 6, 2023, SPONAUGLE was read his Miranda rights by Detective Vosburgh at his residence and agreed to speak with her. He was transported to the Lockport Police Department for an interview where he admitted to sexually abusing both Victim 1 and Victim 2. SPONAUGLE advised that he began abusing Victim 2 when she was approximately seven and a half to eight years of age until she was about nine years of age. He admitted to touching their vaginas with his fingers, hands and mouth. SPONAUGLE admitted that he had videotaped sexual acts with Victim 1 saying that the victims asked him to do it, and they loved it. SPONAUGLE referenced one recording where he was in the shower with Victim 1 while she performed oral sex on him. SPONAUGLE admitted to having the recording on his computer in his room. Following the interview, SPONAUGLE was arrested and charged with two counts of Criminal Sexual Act 1st. SPONAUGLE was not charged with any crimes involving the possession or production of child sexual abuse material.

13. On April 26, 2023, Detective Vosburgh turned over and submitted items to the Western New York Regional Computer Forensics Laboratory (RCFL) for examination. The following items were submitted for examination within the parameters of the obtained search warrant timeline of January 31, 2015, through August 31, 2021: (i) Cyberpower PC desktop computer (S/N: RC912KKN11120702350); (ii) Sony DCR-SR60 digital camera (S/N: 323266); (iii) Seagate Back Up Plus slim hard drive (S/N: NABKFQRB); (iv) Western Digital hard drive Model # WD10EALS-00Z8A0 (S/N: WCATR0896025); (v) Sandisk 16GB SD card.

14. Additionally, the Lockport Police Department maintained custody of the Samsung Galaxy S8 cellphone located on SPONAUGLE at the time of the search warrant, and a Cannon 16GB SD card. Detective Vosburgh searched and positively identified the SD card as having child pornography contained on it. The SD card contained a file of one of the victims performing oral sex on an unknown adult male. The face of the victim and the penis of a male can be seen. Detective Vosburgh was unable to determine which victim it was due to the victim being younger than they presently are.

15. On July 15, 2023, affiant was contacted by Detective Vosburgh regarding the SPONAUGLE state case and inquired about opening a federal investigation due to the victim's disclosure, SPONAUGLE's admissions and confirmed CSAM evidence being found on devices seized from SPONAUGLE.

16. On July 25, 2023, SPONAUGLE was convicted upon a plea of guilty in Niagara County Court for two counts of Course of Sexual Conduct Against a Child in the First Degree, Class B Felonies.

17. On August 2, 2023, your affiant received an Internet Crimes Against Children (ICAC) Case from the New York State Police regarding the National Center for Missing and Exploited Children (NCMEC) CyberTip #15403870 dated February 6, 2023. Per the CyberTip, Microsoft notified NCMEC that a user of Bing Image, with IP address 2603:7080:ae00:7875:d990:2282:d5e:77e9 on 02-05-2023 at 06:42:41 and 06:43:35 UTC had uploaded two files utilizing their platform. Files sent were 79694334-1017-48b3-a686-334c35f85aa4.jpg and 5fbbbec1-0ce7-4239-b738-8eee888aa44e.jpg. The CyberTip report

included the uploaded image to Bing, but since the image was not reviewed by Bing or NCMEC, on August 9, 2023, your affiant obtained a search warrant from U.S. Magistrate Judge Jeremiah J. McCarthy to conduct a search of the uploaded image. Upon receipt of the search warrant, I reviewed the uploaded images which depict the vaginal and anal region of a prepubescent juvenile female approximately 3 to 4 years of age. The juvenile is seen wearing a pajama top. In one image, adult hands can be seen on the thigh of the juvenile as her legs are being spread open, rolling the juvenile backwards placing her legs out towards her head in a "V" pattern rolling her backwards exposing her genital area. The second image appears to depict the same juvenile lying on a bed wearing a pajama top, her ankles are up near her head exposing her vagina and anus. Male ejaculate can be seen on the anus of the child.

15.     On or about August 22, 2023, your affiant met with Detective Vosburgh to review the contents of the RCFL Report of Examination and extraction data obtained from the seized devices. The RCFL examination was for child pornography during the time frame of January 31, 2015, through August 31, 2021, which was the limited time frame as per the state search warrant. Numerous files containing child pornography were located during a preview of the extractions conducted at the RCFL, including the following files that based on my training and experience I believe constitute child pornography:

| Device & Filename | Description |
|---|---|
| Cyberpower PC desktop<br><br>File name: 5BF4C139E2A7857C_1562852254.jpg | An image depicting an unclothed prepubescent female, approximately 3-5 years of age, sitting between the legs of an adult male with his erect penis in her mouth with her lips around the shaft of the penis. The focus of the image is an overhead of the the face of the female with her mouth covering the erect penis. |
| Seagate Backup Plus Slim 2TB Hard Drive; S/N: NABKFQRB<br><br>Filename: !!!NEW!!!2010 kait 5yo-chunk2Fk ptbcbest.avi | A 1 minute 25 second video depicting the body of an unclothed prepubescent female approximately 3-5 years of age, lying on her back while being vaginally penetrated with the erect penis of an adult male. The video focuses in on the penis entering and exiting the vagina for the duration of the video. During the video the female can be seen trying the grab the penis with her hands as she is being penetrated. |
| Western Digital 1TB Hard Drive<br><br>Filename: a627ac036c14bea11d0edcac2296a0e0fd097f4a.jpg | A focused image depicting the vaginal area of a prepubescent female approximately 3-5 years of age. The sides of the vagina is seen being spread open by the thumbs and forefingers of an apparent adult with the image focusing in on the vagina opening. Images.BizHat.com is seen on the lower left of the image. |

| SanDisk 16GB SD card<br><br>Filename: carved [308092].jpeg | An image depicting a sleeping female, approximately 3-5 years of age, wearing a pink long sleeve Hello Kitty top, covering up with a red Christmas blanket while apparently sleeping on a brown colored couch. The erect penis of an apparent adult male, protruding from pants, is placed in the face of the female. The penis is casting a shadow onto the female's face covering the tip of her nose. The image is one in a series of images with the same sleeping female. |
|---|---|

16. The SanDisk SD card contained carved images of SPONAUGLE himself, as well as images of Victim 1 and Victim 2, as identified by Detective Vosburgh. One of the images on the SD card depicts an unclothed juvenile female with each extremity wrapped with rope and tied to each corner of the bed. In a child forensic interview, Victim 1 and Victim 2 described being tied up to the bed while being abused by SPONAUGLE.

17. On September 26, 2023, SPONAUGLE was sentenced in Niagara County Court to serve a 20-year sentence in a New York State Correctional Facility with the Department of Corrections and 20 years post release supervision. SPONAUGLE has a release date of May 21, 2040.

18. On October 10, 2023, Detective Vosburgh turned over all evidence and property which was seized by the Lockport Police Department during the execution of search warrants on SPONAUGLE and his residence to your affiant. The Report of Examinations

10

obtained from RCFL, and digital data from examined electronic devices were also turned over to me.

19. On October 10, 2023, I secured a federal search warrant from Magistrate Judge Michael J. Roemer to conduct a full review of the evidence seized from during the Lockport Police Department investigation, which included the following devices, all of which were manufactured outside of New York State:

    a. CyberPower PC Desktop Computer (S/N: RC912KKN11120702350);
    b. Sony DCR-SR60 Digital Camera (S/N: 323266);
    c. Seagate Backup Plus Slim 2TB Hard Drive (S/N: NABKFQRB);
    d. Western Digital 1TB Hard Drive (S/N: WCATR0896025);
    e. Android Samsung Galaxy S8 cellular telephone;
    f. SanDisk 16GB SD card; and
    g. Cannon 16GB SD card.

20. During a review of the devices listed above, several thousand images of child pornography were located, some of which depicted Victim 1 and Victim 2, and some of which depicted newly identified victims as described below. Specifically, child pornography was located on the Seagate external hard drive, SanDisk 16GB SD card, Western Digital 1TB Hard Drive, and the CyberPower desktop computer, and included the following files that based on my training and experience I believe constitute child pornography:

| Device & Filename | Description |
|---|---|
| SanDisk 16GB SD card<br><br>File name: 4576.jpg | An image depicting a prepubescent female, approximately 7-8 years of age, lying on a bed having bear sheets, having her arms out to her side with her arms bent upward at the elbow. Her right leg has a striped red and white knee-high stocking on it and is out to her side bent at |

| | |
|---|---|
| | the knee to expose her vagina. The female appears to be puckering her lips causing her cheeks to sink in. The image is one file in a series of images depicting the same female. |
| SanDisk 16GB SD card<br><br>File name: 5_f0624128.jpg | An image depicting a prepubescent female, approximately 3-4 years of age standing up holding an electronic device in one hand while her other hand is on the shaft of an erect adult penis near the tip of the penis. The penis is touching the mouth of the female as her lips are around the tip of the penis. The female appears to be looking up at the male. The image is focused on the female touching the penis with her mouth. |
| Western Digital 1TB Hard Drive<br><br>Filename: 4561.jpg | An image depicting SPONAUGLE with his mouth and face in the vaginal area of an apparent prepubescent female. SPONAUGLE appears to have his mouth on the vagina of the female with the female appearing to be lying on her back in an elevated position. The head of SPONAUGLE is between the legs of the female with the image focusing on the face and head of Sponaugle on the vagina of the female. |
| Seagate 2TB Hard drive<br><br>Filename: DSCN0398.jpg | An image depicting a prepubescent female approximately 6-7 years of age, wearing a long shirt covering her upper body apparently sleeping with a pink blanket while lying on her side and stomach on the floor. The female's left leg is bent out to her side causing her butt and part of her vagina to be exposed. A white creamy substance, apparent ejaculate, is seen on the butt cheek and leg of the female. A foot of an unknown individual is seen in the image. |
| CyberPower Cooler Master Desktop<br><br>Filename: NTXWg[1].jpg | An image depicting a diaper wearing toddler approximately 1 years of age standing in front of a sitting adult male with his erect penis visibly sticking out of his pants. The hands of the toddler can be seen grabbing the penis on the base of the penis shaft. |
| SanDisk 16GB SD card<br><br>File name: carved [163840].jpeg | An image depicting a sleeping female, approximately 4-6 years of age, wearing a pink Christmas themed top holding a pink blanket covered with a purple blanket. The tip of an erect adult penis is seen near the back of the female. |

| SanDisk 16GB SD card<br><br>File name: carved [393216].jpeg | An image depicting the face of a female approximately 4-5 years of age wearing a pink top having a white creamy substance, apparent ejaculate, on her face covering her cheek and mouth. |

21. On June 19, 2024, the mother of Victim 1 and Victim 2 (hereinafter "Witness 2") was interviewed and shown images which were found on the electronic devices of SPONAUGLE. Witness 2 was shown 9 images, including sanitized versions of File name: 4576.jpg and File name: 5_f0624128.jpg, referenced above, and identified Victim 1 as the female in the images; and a sanitized version of Filename: DSCN0398.jpg, referenced above, and identified Victim 2 as the female in the image. In other images that Witness 2 reviewed, she able to identify two additional minor female victims, Victim 3 (DOB: September 2011) and Victim 4 (DOB: July 2009), and provided the contact information for the parents of Victims 3 and 4.

22. On December 18, 2024, the mother of Victims 3 and 4 (hereinafter "Witness 3") was interviewed and shown images which were found on the electronic devices of SPONAUGLE. During the interview, Witness 3 was shown a sanitized version of File name: carved [163840].jpeg, referenced above, and identified Victim 3 as the female in the image; and a sanitized version of File name: carved [393216].jpeg, referenced above, and identified Victim 4 as the female in the image.

23. Based upon the foregoing, I respectfully submit that I have probable cause to believe that **RONALD J. SPONAUGLE** has violated Title 18, United States Code, Sections 2251(a) and 2252A(a)(5)(B).

_____
Brian Bloom, Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed telephonically
this 15th day of September 2025.

_____
HON. JEREMIAH J. MCCARTHY
United States Magistrate Judge